IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00037-MOC-WCM

| | |
|---|---|
| RINCHEN TUNDUP ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| KATHY A. BARAN ) | |
| *Director of California Service Center for* ) | |
| *U.S. Citizenship and Immigration Services,* ) | |
| *in her official capacity*; ) | |
| UR MENDOZA JADDOU ) | |
| *Director of U.S. Citizenship and* ) | |
| *Immigration Services,* ) | |
| *in her official capacity; and* ) | |
| ALEJANDRO MAYORKAS ) | |
| *Secretary of the Department of* ) | |
| *Homeland Security, in his official capacity,* ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the "Motion for *Pro Hac Vice*" (Doc. 2) filed by Brian Smith. The Motion indicates that Mr. Smith, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Raymond Griffith, who the Motion represents as being a member in good standing of the Bar of Maryland. It further appears that the requisite admission fee has been paid.

The Motion does not indicate Defendants' position regarding the request that Mr. Griffith be admitted to practice *pro hac vice* in this matter.

Seeing no facial defect in the Motion, the undersigned will grant the request. Any Defendant may, however, request that the admission of Raymond Griffith be reconsidered, after that Defendant has appeared in this matter. Any such request for reconsideration should be supported by specific objections to the instant *pro hac vice* admission.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion for Pro Hac Vice (Doc. 2) is **GRANTED**, and Raymond Griffith is **ADMITTED** to practice *pro hac vice* before the Court in this matter while associated with local counsel.

2. This ruling is **WITHOUT PREJUDICE** to any Defendant's right to challenge Mr. Griffith's admission, provided that any such motion is filed within **fourteen days** of that Defendant's appearance in this matter and is appropriately supported.

Signed: February 13, 2023

W. Carleton Metcalf
United States Magistrate Judge